# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Billy R. Rigsby, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> MEDICINE SHOPPE INTERNATIONAL, INC., PLATT MARINE SERVICES, INC., and TONKIN & MONDL, L.C. <br><br> Defendants. | Removed from the Circuit Court of the Twentieth Judicial Circuit <br> St. Clair County, Illinois <br> Case No. 14-L-752 |

## NOTICE OF REMOVAL

COMES NOW Defendant Tonkin & Mondl, L.C., pursuant to 28 U.S.C. §§ 1332(a)(1) and 1441 and 1446, and files this Notice of Removal of this action from the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, in which it is now pending, to the United States District Court for Southern District of Illinois, and in support thereof states:

1. On November 13, 2014, Plaintiff filed a Complaint for breach of confidentiality and privacy against Defendants in the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the complete court file from the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, Case No. 14-L-752 is attached hereto as Exhibit A.

2. On December 12, 2014, Plaintiff served Defendant Tonkin & Mondl, L.C. with a summons and a copy of the Complaint.

3. At all times relevant, Plaintiff was and is a citizen of Illinois, with his domicile in Gallatin County, Illinois.

4. At all times relevant, Defendant Tonkin & Mondl, L.C. was and is a Missouri limited liability company organized and existing under the laws of the State of Missouri with its

1

principal place of business in the City of St. Louis, Missouri. All members of Defendant Tonkin & Mondl, L.C. are citizens of the State of Missouri, with their domiciles in Saint Louis County.

5. At all times relevant, Platt Marine Services, Inc. was and is a Missouri corporation organized and existing under the laws of the State of Missouri, with its principal place of business in Chesterfield, Missouri. Platt Marine Services, Inc.'s consent to this removal is attached hereto as Exhibit B.

6. At all times relevant, Medicine Shoppe International, Inc. was and is a Delaware corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Earth City, Missouri. On December 4, 2014, Plaintiff moved to dismiss Medicine Shoppe as a Defendant, and on December 16, 2014, the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, granted that motion, dismissing the Medicine Shoppe International, Inc. from the St. Clair County litigation. Accordingly, Medicine Shoppe International, Inc. is no longer a party to this action.

7. Removal of this case is proper. This Court has diversity jurisdiction pursuant to 28 USC §1332(a)(1) because the parties are citizens of difference states and the actual amount in controversy exceeds $75,000 exclusive of interest and costs, as reflected in the complaint included in Exhibit A.

8. Venue is proper pursuant to 28 U.S.C. § 1391(a) because a substantial part of the alleged events or omissions giving rise to the claim occurred in this district.

9. A copy of this Notice of Removal is being served by first class United States mail, postage pre-paid, on counsel for Plaintiff, Stegmeyer & Stegmeyer, and Defendant Platt Marine Services, Inc. A copy of this Notice of Removal will also be filed with the Circuit Court of the Twentieth Judicial, Circuit St. Clair County, Illinois.

WHEREFORE Defendant Tonkin & Mondl, L.C. requests that this action be removed in its entirety to the United States District Court for the Southern District of Illinois.

TONKIN & MONDL, L.C., and
Courtney C. Stirrat, IL Bar #6305084

/s/ Courtney C. Stirrat
701 Market Street, Suite 260
St. Louis, Missouri  63101
Tel: 314/231-2794
Fax: 314/231-1481
cstirrat@tonkinmondl.com
**ATTORNEYS FOR**
**TONKIN & MONDL, L.C.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this Wednesday, December 17, 2014, a copy of the foregoing was served by first-class U.S. mail, postage pre-paid, upon:

Mr. Charles F. Stegmeyer
Stegmeyer & Stegmeyer, Ltd.
7707 West Main Street, Suite #4
Belleville, IL 62223

Platt Marine Services, Inc.
P.O. Box 6815
1100 Town & Country Commons
Saint Louis, MO 63006

/s/ Courtney C. Stirrat