## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

BILLY R. RIGSBY, JR.     ]
           ]
    Plaintiff    ]
           ]
vs.         ]  No:  3:14-cv-01389-NJR-PMF
           ]
PRN PHARMACIES, LTD., d/b/a ]
MEDICINE SHOPPE OF RIDGEWAY, ]
ILLINOIS #1938., PLATT MARINE ]
SERVICES, INC.    ]
and TONKIN & MONDL, LC, ]
           ]
    Defendants. ]

SERVE PRN PHARMACIES, LTD.,d/b/a
MEDICINE SHOPPE OF RIDGEWAY
ILLINOIS #1938

### FIRST AMENDED COMPLAINT
### COUNT I

COMES now the Plaintiff, BILLY R. RIGSBY, JR. by and through his attorneys,

Stegmeyer & Stegmeyer, Ltd., and makes the following allegations against the Defendant, PRN

PHARMACIES, LTD., d/b/a  MEDICINE SHOPPE PHARMACY OF RIDGEWAY, ILLINOIS

#1938 an Illinois corporation:

1. At all times relevant herein  PRN PHARMACIES, LTD., d/b/a MEDICINE SHOPPE

  PHARMACY OF RIDGEWAY, ILLINOIS #1938 was an Illinois domestic corporation

  doing business in Illinois.

2. At all times relevant herein Sonny Shearer was and is employed by defendant, PRN

  PHARMACIES, LTD., d/b/a MEDICINE SHOPPER INTERNATIONAL, INC.

3. That at all times relevant herein, plaintiff, BILLY R.RIGSBY, JR.was and is a resident of

  the State of Illinois.

4.      At the time of the incident giving rise to this Complaint, plaintiff, BILLY RIGSBY, was a

-1-

customer of defendant, PNR PHARMACIES, LTD., d/b/a MEDICINE SHOPPE

PHARMACY OF RIDGEWAY, ILLINOIS #1938 and used defendant, PRN

PHARMACIES, LTD., d/b/a MEDICINE SHOPPE PHARMACY OF RIDGEWAY,

ILLINOIS #1938 as his sole pharmaceutical provider.

5.      On or before January 10, 2014, Sonny Shearer or other employees of the defendant, PRN

PHARMACIES, LTD., d/b/a MEDICINE SHOPPE PHARMACY OF RIDGEWAY,

ILLINOIS #1938 acting in the course and scope of their employment, accessed plaintiff's

confidential, private patient information through the PRN PHARMACIES, LTD., d/b/a

MEDICINE SHOPPE PHARMACY OF RIDGEWAY, ILLINOIS #1938 computer

system and or other private records, and, in so doing, reviewed plaintiff's prescription

history.

6.      On or before January 10, 2014, Sonny Shearer or other employees of defendant, PRN

PHARMACIES, LTD., d/b/a MEDICINE SHOPPE PHARMACY OF RIDGEWAY,

ILLINOIS #1938 divulged certain contents of plaintiff's prescription history to other

individuals or companies including defendant, PLATT MARINE SERVICE, INC. and

defendant, TONKIN & MONDL, LC..

7.      As a provider of pharmaceutical services, defendant, PRN PHARMACIES, LTD., d/b/a

MEDICINE SHOPPE PHARMACY OF RIDGEWAY, ILLINOIS #1938 owes a non-

delegable duty to its customers to protect the privacy and confidentiality of its customers'

pharmaceutical information and prescription histories.

-1-

8.      The above-described acts of Sonny Shearer or other non-named employees of the PRN PHARMACIES, LTD., d/b/a   MEDICINE SHOPPE PHARMACY OF RIDGEWAY, ILLINOIS #1938 were done in the course and scope of their employment with defendant, PNR PHARMACIES, LTD., d/b/a THE  MEDICINE SHOPPE PHARMACY OF RIDGEWAY, ILLINOIS #1938.

9.      By and through its employee, defendant, PNR PHARMACIES, LTD., d/b/a THE MEDICINE SHOPPE PHARMACY OF RIDGEWAY, ILLINOIS #1938 breached its statutory and common law duties of confidentiality and privacy to plaintiff.

10.     As a direct and proximate result of this breach, plaintiff has suffered damages in an amount in excess of One Hundred Thousand Dollars ($100,000.00) plus attorney's fees and costs.

COUNT II

11.     Plaintiff hereby incorporates the foregoing paragraphs 1-10 as if set forth fully herein.

12.     At all times relevant herein, defendant, PLATT MARINE SERVICES, INC., was doing business in St. Clair County, Illinois.

13.     At all times relevant herein, Stuart I. Platt was and is employed by defendant, PLATT MARINE SERVICES, INC.

14.     At the time of the incident giving rise to this Complaint, plaintiff, BILLY R. RIGSBY, JR. was an employee of SHAWNEETOWN HARBOR SERVICES, INC. which was insured by defendant, PLATT MARINE SERVICES, INC.

15.     On or before January 10, 2014, Stuart I. Platt or other employees of defendant, PLATT MARINE SERVICES, INC. acting in the course and scope of their employment, accessed

plaintiff, BILLY R. RIGSBY's private , confidential prescription and medical history though the defendant, PRN PHARMACIES, LTD., d/b/a MEDICINE SHOPPE PHARMACY OF RIDGEWAY, IL #1938's employees and other non-named medical providers and in so doing reviewed plaintiff's past prescription history and provided them to Jim Mondl, employee of defendant, TONKIN & MONDL.

16. As a provider of insurance benefits to Shawneetown Harbor Services,Inc. and its employees, i.e. BILLY R. RIGSBY, defendant had a duty to protect the privacy and confidentiality of its insured and their employees.

17. The above described acts of Stuart Platt or other non-named employees of defendant, PLATT MARINE SERVICES INC., was done in the course and scope of their employment with defendant, PLATT MARINE SERVICES, INC.

18. By and though its employees, defendant, PLATT MARINE SERVICES, INC. breached its statutory and common law duties of confidentiality and privacy to plaintiff.

19. As a direct and proximate result of this breach, plaintiff has suffered damages in an amount in excess of One Hundred Thousand Dollars ($100,000.00) plus attorney's fees and costs.


COUNT III

20. Plaintiff hereby incorporates the foregoing Paragraphs 1-10 of Count I and Paragraphs 12-19 of Count II as if set forth fully herein.

21. As all times relevant herein, the defendant, TONKIN & MONDL was and is a law firm doing business in St. Clair County, Illinois.

22. At all times relevant herein, the defendant, JIM MONDL was an employee of defendant, TONKIN & MONDL.

23. At the time of the incident, defendant, TONKIN & MONDL, represented defendant, PLATT MARINE SERVICES, INC., in a lawsuit filed by plaintiff, BILLY R. RIGSBY, JR. against Shawneetown Harbor Services, Inc. (See Exhibit "1"-lawsuit filed in Federal Court on June 12, 2014.

24. At all times relevant herein, plaintiff was an employee of Shawneetown Harbor Services, Inc. and insured by defendant, PLATT MARINE SERVICES, INC.

25. On or before January 10, 2014, defendant, TONKIN & MONDL by attorney JIM MONDL, was acting in the course and scope of his employment with defendant, PLATT MARINE SERVICES,INC., and had access to plaintiff's confidential, private patient medical information through the defendants, PLATT MARINE SERVICES INC., and PRN PHARMACIES, LT.D, d/b/a MEDICINE SHOPPE PHARMACY OF RIDGEWAY, ILLINOIS #1938 and other non-named individuals or medical providers.

26. On or before January 10, 2014, defendants PRN PHARMACIES, LTD., d/b/a MEDICINE SHOPPE PHARMACY OF RIDGEWAY, ILLINOIS #1938 and PLATT MARINE SERVICES, INC. by and through their employees divulged certain medical history of plaintiff to defendants, TONKIN & MONDL.

27. As a defense firm, TONKIN & MONDL owed a duty to plaintiff to protect his privacy and confidentiality of pharmaceutical information and prescription and medical histories.

-4-

28.     That defense firm, TONKIN & MONDL breached their duty to plaintiff to protect his privacy and confidentiality of pharmaceutical information and prescription and medical histories by using plaintiff's pharmaceutical, prescription and medical history without his permission.

28.     The above-described acts of JIM MONDL as employee of defendant, TONKIN & MONDL was done in the course and scope of his employment with defendant, TONKIN & MONDL.

29.     By and through its employee's attorney, defendant, TONKIN & MONDL, breached its statutory and common law duties of confidentiality and privacy to plaintiff.

30.     As a direct and proximate result of its breach, plaintiff has suffered damages in an amount in excess of One Hundred Thousand Dollars ($100,000.00) plus attorney's fees and court costs.

WHEREFORE, plaintiff, BILLY R. RIGSBY, JR. through Counts I, II and III, demands judgment against the defendants, PRN PHARMACIES, LTD., d/b/a MEDICINE SHOPPE PHARMACY OF RIDGEWAY, ILLINOIS #1938 PLATT MARINE SERVICES, INC., and TONKIN & MONDL for an amount in excess of One Hundred Thousand Dollars ($100,000.00), for costs and interest, for a reasonable attorney's fee, and for all other just and proper relief.

Respectfully submitted,

_____s/s M Anne Hannigan_____

Stegmeyer & Stegmeyer, Ltd.

7707 West Main Street, Suite #4

Belleville, IL 62223

-6-