IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BILLY R. RIGSBY, | ) |
| | ) |
| Plaintiff, | ) No. 3:14-CV-01389-NJR-PMF |
| | ) |
| v. | ) |
| | ) |
| MEDICINE SHOPPE INTERNATIONAL INC., et al. | ) |
| | ) |
| Defendants. | ) |

**MOTION TO VOLUNTARILY DISMISS DEFENDANT, PLATT MARINE SERVICES, INC. WITHOUT PREJUDICE**

Now comes the petitioner, Billy R. Rigsby, through his attorney, Marianne Hannigan of Stegmeyer & Stegmeyer, Ltd. and hereby moves this Honorable Court pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i), to enter an Order voluntarily dismissing petitioner's cause of against against defendant, MEDICINE SHOPPE INTERNATIONAL, INC.without prejudice, and in support thereof states as follows:

1. No trial has yet been commenced in this action and no final judgment has been entered.
2. Notice of this motion has been provided to counsel for defendant.

WHEREFORE, petitioner respectfully requests that this Court enter an Order voluntarily dismissing his cause of action against the defendant, MEDICINE SHOPPE INTERNATIONAL, INC. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

/s/Marianne Hannigan_____
MARIANNE HANNIGAN for
STEGMEYER & STEGMEYER, LTD.
7707 West Main Street
Belleville, IL 62223
618-398-4895

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on 13th day of January, 2015.

/s/Marianne Hannigan
Marianne Hannigan