IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BILLY R. RIGSBY, JR.,** | ) |
| | )   **Case No. 14-cv-1389-NJR-PMF** |
|     Plaintiff, | ) |
| | )   **DATE: February 2, 2015** |
| v. | ) |
| | )   **PLACE: East St. Louis, Illinois** |
| **PLATT MARINE SERVICES, INC.,** | ) |
| et al., | )   **TIME:  2:30 p.m. to 3:00 p.m.** |
| | ) |
|     Defendants. | ) |

# MINUTES OF COURT

**PRESIDING:** Honorable Nancy J. Rosenstengel
**DEPUTY CLERK:** Deana Brinkley     **COURT REPORTER:** Molly Clayton
**COUNSEL FOR PLAINTIFF(S):** Charles Stegmeyer, Jr.
**COUNSEL FOR DEFENDANT(S):** Roy Dripps and Courtney Stirrat
**PROCEEDING:** Motion Hearing

---

This matter comes before the Court for a hearing on Plaintiff's Motion to Amend/Correct [Doc. 13] and Plaintiff's Motion to Dismiss [Doc. 19].

The Court asks for clarification regarding Docs. 18 and 19. Plaintiff clarifies that Doc. 18 is now moot and will not be re-filed. Plaintiff also clarifies that the Motion to Voluntarily Dismiss at Doc. 19 seeks dismissal of Defendant Platt Marine Services, Inc. with prejudice. The Court **GRANTS** the motion at Doc. 19. Platt Marine Services, Inc. is **DISMISSED with prejudice.**

The Court hears argument on the Motion to Amend the Complaint (Doc. 13), where Plaintiff seeks to add the non-diverse party, PRN Pharmacies, LTD, as a defendant. In exercising its discretion, the Court **DENIES** the Motion to Amend the Complaint (Doc. 13). The Amended Complaint filed at Doc. 12 is **STRICKEN** from the record. The only remaining defendant is Tonkin & Mondl LC. Court directs defense counsel to amend its jurisdictional allegations regarding this defendant.

Mr. Stegmeyer is instructed to electronically file his notice of appearance on behalf of plaintiff.