IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BILLY R. RIGSBY, JR., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 14-CV-1389-NJR-PMF |
| PLATT MARINE SERVICES, INC. and TONKIN & MONDL, L.C., | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Minute Entry Order dated February 2, 2015 (Doc. 24), Defendant Platt Marine Services, Inc. was **DISMISSED with prejudice**.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated March 16, 2015 (Doc. 28), Defendant Tonkin & Mondl, L.C. was voluntarily **DISMISSED with prejudice**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    DATED:  March 16, 2015

                                          JUSTINE FLANAGAN, Acting Clerk

                                          By: s/ Deana Brinkley_____
                                                Deputy Clerk

APPROVED: s/ Nancy J. Rosenstengel_____
                 NANCY J. ROSENSTENGEL
                 United States District Judge